

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Billy Ray Johnson, Appellant

No. 06-19-00082-CV        v.

Juan Pena Garcia, Appellee

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 18C0906-CCL). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Billy Ray Johnson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 15, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk